

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-92,567-01

**EX PARTE TRENDA KEMMERER, Applicant**

**ON APPLICATION FOR A WRIT OF HABEAS CORPUS
CAUSE NO. 0884941-A IN THE 174TH DISTRICT COURT
FROM HARRIS COUNTY**

*Per curiam*.

### O R D E R

Applicant was convicted of murder and sentenced to fifty-five years' imprisonment. The First Court of Appeals affirmed her conviction. *Kemmerer v. State*, No. 01-02-124-CR (Tex. App.—Houston [1st] July 10, 2003). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On January 16, 2019, the trial court entered an order designating issues, but it appears nothing has been done on this application since then. The district clerk properly forwarded this application to this Court under Texas Rule of Appellate Procedure 73.4(b)(5). However, the application was forwarded before the trial court made findings of fact and conclusions of law. We

remand this application to the trial court to complete its evidentiary investigation and make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: May 5, 2021
Do not publish